UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Civil Action No. 1:23-cv-03306-NRN

LISA PADILLA

        Plaintiff

vs.

PROGRESSIVE DIRECT INSURANCE COMPANY

        Defendant

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

        Plaintiff, Lisa Padilla, and Defendant, Progressive Direct Insurance Company, hereby jointly stipulate that all claims and all causes of action asserted by Plaintiff in the above-captioned action against Defendant be fully and finally dismissed with prejudice, with each party to pay their own costs and attorneys fees.

        Respectfully submitted this 13th day of June, 2024.

BENDINELLI LAW FIRM, P.C.        WOOD, SMITH, HENNING & BERMAN LLP

/s/Kylan King        */s/ Amanda Doherty*
Kylan King        Tamara C. Jordan
        Amanda M. Doherty

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2024, a true and correct copy of the **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** was served via Colorado Federal District Court E-filing , to the following parties:

2

Kylan J. King, #42469
BENDINELLI LAW FIRM, P.C.
9035 Wadsworth Pkwy., #4000
Westminster, CO  80021
303-940-9900
Fax: 303-940-9933
KJK@COLawFirm.com
*Attorneys for Plaintiff*

/s/ Anna Woosley
Anna Woosley